No. 98–9650.  DEAN *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 98–9651.  GARCIA *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 98–9652.  FOWLER *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 98–9653.  FREEMAN *v.* UNITED STATES ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 98–9654.  GRAHAM *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 98–9655.  GARCIA *v.* NEW YORK.  Ct. App. N. Y.  Certiorari denied.

No. 98–9656.  EKANDEM *v.* DISTRICT OF COLUMBIA ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 98–9657.  POLAND *v.* STEWART, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS.  C. A. 9th Cir.  Certiorari denied.

No. 98–9659.  EDMONDSON *v.* UNITED STATES; and
No. 99–5423.  VARGAS NAVARRO *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  Reported below: 169 F. 3d 228.

No. 98–9660.  EAGLE TAIL *v.* UNITED STATES; and
No. 98–9890.  JACKSON *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.  Reported below: 164 F. 3d 403.

No. 98–9661.  FLORES *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 98–9662.  FLEMING *v.* CAPE MAY COUNTY COURTHOUSE ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 98–9664.  HARRIS *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 98–9665.  GILLIAM *v.* UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.